BRENDA S. McLAIN, ADMINISTRATRIX OF THE ESTATE OF L. J. MACK, DECEASED v. ALICE M. WILSON AND HOME FEDERAL SAVINGS & LOAN ASSOCIATION

No. 471PA88

(Filed 5 April 1989)

ON discretionary review of a unanimous opinion of the Court of Appeals reported at 91 N.C. App. 275, 371 S.E. 2d 151 (1988), reversing the entry of declaratory judgment in favor of plaintiff by *Gardner, J.*, on 29 October 1987 in Superior Court, CLEVELAND County, and remanding the case for further proceedings. We allowed plaintiff-appellant's petition for discretionary review on 8 December 1988. Heard in the Supreme Court 13 March 1989.

*Brenda S. McLain for plaintiff-appellant.*

*Frank Patton Cooke, by Malcolm B. McSpadden, for defendant-appellee Wilson.*

PER CURIAM.

We conclude that plaintiff-appellant's petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.